```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                  PINE BLUFF DIVISION
```

JULIUS D. WILEY                                          PLAINTIFF

v.                        5:06CV00290 WRW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                 DEFENDANT

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge John F. Forster. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 25th day of February, 2008.

/s/Wm.R.Wilson, Jr.
UNITED STATES DISTRICT JUDGE