```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                   PINE BLUFF DIVISION
```

JULIUS D. WILEY                                            PLAINTIFF

v.                        5:06CV00290 WRW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                   DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED 25th day of February, 2008.


                                    /s/Wm. R. Wilson, Jr.
                              UNITED STATES DISTRICT JUDGE